MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2718
Fax: (212) 637-2786
david.bober@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
HUMAYYUN ATTA,

        Plaintiff,

    - v. -

MICHAEL CHERTOFF, et al.,

        Defendants.
---------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 1715 (GEL)

    IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
      May ___, 2008

LAW OFFICES OF E. ABEL ARCIA

By: _____
ERNEST ATALAY, ESQ.
81-12 Roosevelt Avenue
Jackson Heights, NY 11372
Tel. No.: (718) 651-4363

Dated: New York, New York
      May 27, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2718

SO ORDERED:
_____
HON. GERARD E. LYNCH
United States District Judge
5/27/08